# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00552-CV

**Constellation Energy Commodities Group, Inc., Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

### DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS

### M E M O R A N D U M   O P I N I O N

The Public Utility Commission of Texas has filed a Motion to Extend Abatement Pending Adoption of Amended Rule. The deadlines in this case were originally abated on February 27, 2007, effective until June 25, 2007. We grant the motion.

This appeal is abated until further order of this Court. The parties may file a motion to lift the abatement based on changed circumstances. This Court's order staying enforcement of portions of the challenged rule, signed September 29, 2006, and modified by order signed January 12, 2007, remains in effect. The Public Utility Commission of Texas shall file a report on the status of this case by August 20, 2007.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Abated

Filed: July 13, 2007